

# THE THIRTEENTH COURT OF APPEALS

## 13-13-00721-CV

MADHAVAN PISHARODI, M.D., INDIVIDUALLY AND MADHAVAN PISHARODI, M.D., P.A. D/B/A PISHARODI CLINIC

v.

MARIO SALDANA, NANCY LAMAS, AND JESUS LAMAS

On Appeal from the
445th District Court of Cameron County, Texas
Trial Cause No. 2009-05-2991-I

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

November 19, 2015